**FILED
CLERK**

1/5/2018 4:17 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

REBECCA CASTILLO,

        Plaintiff,

-against-

ORIGINS NATURAL RESOURCES INC.,

        Defendant.

Case No. 2:17-CV-07221-JMA-AKT

STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Defendant Origins Natural Resources Inc. to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended up to and including January 25, 2018. There have been no previous requests for an extension of time in connection with this matter.

Dated: New York, New York
January 4, 2018

DANNLAW

By: _____
Javier L. Merino
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
(201) 355-3440
jmerino@dannlaw.com

*Attorneys for Plaintiff Rebecca Castillo*

PRYOR CASHMAN LLP

By: _____
Robert J. deBrauwere
7 Times Square
New York, New York 10036
(212) 421-4100
rdebrauwere@pryorcashman.com

*Attorneys for Defendant Origins Natural Resources Inc.*

**SO ORDERED**

/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: Jan. 5, 2018
Central Islip, N.Y.

SO ORDERED:

_____
Hon. Joan M. Azrack
United States District Judge