

Matthew S. Kenefick
Direct: (415) 984-9677
mkenefick@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
(415) 398-8080   (415) 398-5584 Fax
www.jmbm.com

January 31, 2018

**VIA CM/ECF ONLY**

Hon. Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   *Rebecca Castillo, an individual v. Origins Natural Resources, Inc.*,
        Case No. 2:17-cv-07221 (JMA) (AKT)

Dear Honorable Judge Azrack:

I represent the Defendant, Origins Natural Resources, Inc. ("Defendant"), in the above-referenced action. I write to request to appear by telephone at the upcoming Initial Conference. The hearing is presently scheduled for February 15, 2018 at 2:30 p.m. in Courtroom 920 of the Long Island Courthouse.

Thank you for your consideration.

Respectfully submitted,

MATTHEW S. KENEFICK, of
Jeffer Mangels Butler & Mitchell LLP
*Admitted Pro Hac Vice*

cc:   Robert J. deBrauwere, Esq. (via email)
        Javier L. Merino, Esq. (via email)