# CIVIL CAUSE FOR TELEPHONE INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:   2/15/2018                    TIME: 2:30 PM                    TIME IN COURT: 15 min.

CASE: **17-cv-07221-JMA-AKT Castillo v. Origins Natural Resources Inc.**

APPEARANCES:      For Plaintiff:    Javier Merino

                  For Defendant:  Matthew Kenefick

FTR:

☒      Case called.
☒      Counsel present for all sides.
☐      Briefing schedule set.
                Moving papers served by:
                Response:
                Reply:
                • Moving party is responsible for filing the fully briefed motion on ECF and
                   providing courtesy copies to Chambers.
☐      Case to be referred to the Magistrate Judge for
☐      Jury selection and trial scheduled for
☒      A telephone status conference is scheduled for 4/11/2018 at 5:00 PM.  Counsel for the
        plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are
        on the line.
☐      Other: