**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
REBECCA CASTILLO,
An individual,

                Plaintiff,                                **ORDER**

      -against-                                       CV 17-7221 (AKT)

ORIGINS NATURAL RESOURCES, INC.,

                Defendant.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has reviewed counsel for Defendant's letter at DE 18.  The Court requires in-person appearances for Initial Conferences; subsequent appearances may be conducted by telephone depending on the circumstances of the case.  The Court notes that according to the docket, an attorney from Pryor Cashman LLP is also listed as counsel for Defendant.  If the Defendant wishes to have Pryor Cashman present at the March 26, 2018 Initial Conference in person, the Court will permit attorney Kenefick to appear at the Initial Conference by telephone.

                                                                               **SO ORDERED.**

Dated: Central Islip, New York
         March 20, 2018

                                                          /s/ A. Kathleen Tomlinson
                                                           A. KATHLEEN TOMLINSON
                                                           United States Magistrate Judge