IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA CASTILLO,<br><br>    Plaintiff,<br><br>-against-<br><br>ORIGINS NATURAL RESOURCES INC.,<br><br>    Defendant. | Case No. 2:17-CV-07221-AKT<br><br>FILED<br>JUL 10 2018<br>LONG ISLAND OFFICE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rebecca Castillo and Defendant Origins Natural Resources Inc., by and through their undersigned counsel, hereby stipulate that the above-captioned action is hereby dismissed with prejudice, with each side bearing its own costs, expenses and attorneys' fees.

This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as the original.

Dated: New York, New York.
   July 9, 2018

Respectfully submitted,

DANN & MERINO, P.C.

_____
Javier Luis Merino
1 Meadowlands Plaza, Ste. 200
East Rutherford, NJ 07073
Telephone: (201) 355-3440
jmerino@dannlaw.com
Attorneys for Plaintiff
Rebecca Castillo

PRYOR CASHMAN LLP

_____
Robert J. deBrauwere
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100
rdebrauwere@pryorcashman.com
Attorneys for Defendant
Origins Natural Resources Inc.

*The Clerk's Office is directed to close this case.*

**SO ORDERED**

/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge
Date: July 10, 2018
Central Islip, N.Y.